IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Jason Steele, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>Southwest Airlines, Co.,<br><br>      Defendant. | Case No.: 1:21-cv-01176<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above captioned action is voluntarily dismissed.

Date:   June 15, 2021

/s/_____

Oren Giskan
Giskan Solotaroff & Anderson
90 Broad Street 2nd Floor
New York, NY 10004
Phone: 212-847-8315
Email: ogiskan@gslawny.com

Attorneys for Plaintiff